IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CALIFORNIA TERRACE APARTMENTS, A CALIFORNIA LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Case No. 04-1304C<br>(Judge Lettow) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Mr. Shalom Brilliant, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

s/Shalom Brilliant

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
(202) 305-7561 Telephone
(202) 305-7643 Facsimile

Dated: August 31, 2004